# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Justo Cruz Ramos
v.
Puerto Rico Sun Oil

CASE NUMBER: 97-1314 (HL)

*RECEIVED & FILED 99 SEP 21 AM 7:39 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4.27.99  **Docket #** 28<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Verified Bill of Costs | The Court hereby grants Defendant's bill of costs, for a total of $1,783.35 as follows:<br><br>1) $713.75 ($641.75 + $72.00) for the deposition of Plaintiff. *See Templeman v. Chris Craft Corp.*, 770 F.2d 245, 249 (1st Cir. 1985) (Cost of depositions introduced as evidence are recoverable).<br>2) $1,000.00 for translations. *See* 28 U.S.C. § 1920(6).<br>3) $69.60 in copies. *See Rodriguez-Garcia v. Davila*, 904 F.2d 90, 100 (1st Cir. 1990) (Copy costs reasonably necessary to the maintenance of the action are allowable). |

Date 9/21/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


